# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LEXTER KENNON KOSSIE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-3119-S-BK |
| | § | |
| JANET YELLEN, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction by separate judgment.

**SO ORDERED.**

SIGNED April 14, 2022.

_____
**UNITED STATES DISTRICT JUDGE**